### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRYAN ALDRIDGE**                                                                                          **PLAINTIFF**

**v.**                                          **CASE NO. 4:24-CV-00023-BSM**

**PULASKI COUNTY, ARKANSAS, et al.**                                            **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE